RECEIVED
OCT - 5 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JESSE RAMIREZ | CIVIL ACTION NO. 12-00727 |
| VERSUS | U.S. DISTRICT JUDGE JAMES T TRIMBLE, JR |
| CAPTAIN COTRETTE, ET AL | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #18) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 5th day of October, 2012.

JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE