RECEIVED

FEB - 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JESSE RAMIREZ | DOCKET NO. 12-CV-727; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| CAPT. CARTRETTE, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's <u>Bivens</u> claims be **DENIED and DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 1st day of February, 2013.

_____
JUDGE TRIMBLE
UNITED STATES DISTRICT JUDGE